# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>**Plaintiff,**<br><br>v.<br><br>ELEANOR A. YOCIUS, DEBORA LEWIS, UNITED STATES OF AMERICA, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS,<br><br>**Defendants.** | No. 11-cv-421-DRH |

## ORDER

**HERNDON, Chief Judge:**

Now before this Court is plaintiff Wells Fargo Bank's motion to voluntarily dismiss its claims against defendant United States (Doc. 11) and defendant United States' motion to dismiss the complaint for lack of standing (Doc. 8).

Plaintiff's motion to voluntarily dismiss indicates the United States was mistakenly named a defendant because it has a lien against a Deborah Lewis who is not the same as defendant Debora Lewis. The United States has not pleaded any counterclaims. For these reasons and pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff's motion to voluntarily dismiss its claims against the United States (Doc. 11) is GRANTED, and the United States is DISMISSED from

this action without prejudice. The United States' motion to dismiss the complaint (Doc. 8) is DENIED as moot.

**IT IS SO ORDERED.**

Signed this 28th day of July, 2011.

Digitally signed by David R. Herndon
Date: 2011.07.28 10:08:19 -05'00'

**Chief Judge
United States District Court**